**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAURIE SIMPSON,
    Plaintiff,                               Case No. 8:08-cv-01603-SDM-MAP

vs.

CENTRAL CREDIT SERVICES, INC.,
ET AL.,
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, LAURIE SIMPSON, through and by her undersigned attorney, voluntarily discontinues the above entitled action and dismisses the Complaint with prejudice.

Dated: November 13, 2008                    Respectfully submitted,

                                                        /s/ G. Donald Golden
                                                        G. DONALD GOLDEN, ESQUIRE
                                                        Florida Bar No. 0137080
                                                        E-Mail:  don@brandonlawyer.com
                                                        JAMES W. ELLIOTT, ESQUIRE
                                                       Florida Bar No. 0040961
                                                       E-Mail: james@brandonlawyer.com
                                                       THE GOLDEN LAW GROUP
                                                       213 N Parsons Avenue
                                                       Brandon, Florida   33510
                                                       Telephone:  (813) 413-8700
                                                      Facsimile:   (813) 413-8701
                                                      Attorneys for Debtor