UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURIE SIMPSON,

    Plaintiff,

v.                                   CASE NO: 8:08-cv-1603-T-23MAP

CENTRAL CREDIT
SERVICES, INC. et al.,

    Defendants.
_____/

## ORDER

The plaintiff's notice of voluntary dismissal with prejudice (Doc. 6) is **APPROVED,** and this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on November 14, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE